UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN M. FINK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14CV1012 AGF-SPM |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Shirley P. Mensah, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On July 31, 2015, Magistrate Judge Mensah filed her Report and Recommendation, recommending that the Court reverse the decision of the Commissioner of Social Security to deny Plaintiff Kathleen M. Fink disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401 et seq., and remand this case for further proceedings. Neither party has filed objections to the Report and Recommendation and the time to do so has passed.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be reversed, and the matter remanded.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein, and the decision of the Commissioner in this case is **REVERSED**. This case is hereby **REMANDED**, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with this Memorandum and Order.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2015.