UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN FINK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 4:14CV01012 AGF |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's application for attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of her application for disability insurance benefits. The Commissioner has informed the Court that the parties have agreed to an award of fees in the amount of $4,619.92. The Court's review of the record indicates that this amount is a reasonable and fair. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), fees must be paid directly to Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $4,619.92, payable directly to Plaintiff. (Doc. No. 29.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2015